AO 91 (Rev. 11/11)  Criminal Complaint                                              /s/Stan J. West 4-10-2025

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>Luis Enrique Chavez-Corona<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  M-25- 217 -STE<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 3, 2025__ in the county of __Garfield__ in the __Western__ District of __Oklahoma__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of Removed Alien |

This criminal complaint is based on these facts:

See attached Affidavit of Deporation Officer, Curtis Fair, ICE, which is incorporated and made a part hereof by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Curtis Fair, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Apr 10, 2025**

_____
*Judge's signature*

City and state: Oklahoma City, Oklahoma

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

**STATE OF OKLAHOMA**    )
                                            )
**COUNTY OF OKLAHOMA**   )

### AFFIDAVIT

I, Curtis Fair, being duly sworn, depose and state as follows:

1. I have been employed as a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), since June 2017. I graduated from the United States Border Patrol Academy in October 2007. Prior to becoming a Deportation Officer, I was a Border Patrol Agent from June 2007 to June 2017.

2. As a Deportation Officer currently assigned to ICE's Oklahoma City office for Enforcement Removal Operations (ERO), I interview and investigate detained individuals to determine whether they have legal status to enter or remain in the United States. I am vested with the authority to investigate and arrest persons for violations of Title 8 of the United States Code.

3. The information contained in this Affidavit is submitted for the limited purpose of establishing probable cause that **LUIS ENRIQUE CHAVEZ-CORONA** was found in the United States in violation of 8 U.S.C. § 1326(a).

4. Immigration Officers received a tip from local law-enforcement source that **LUIS ENRIQUE CHAVEZ-CORONA** was present in the United States Illegally. On

April 3, 2025, **LUIS ENRIQUE CHAVEZ-CORONA** was encountered by Deportation Officers near the 1329 E Maple Dr., Enid, Oklahoma, 73701, residence, in the Western District of Oklahoma. On April 3, 2025, ICE was conducting a surveillance and saw a person appearing to be **LUIS ENRIQUE CHAVEZ-CORONA** leave the residence in a vehicle known to be registered to him. Deportation Officers conducted a traffic stop a short distance from the residence. Deportation Officers contacted the person of interest and obtained his ID to identify the target. **LUIS ENRIQUE CHAVEZ-CORONA** was identified and placed under arrest. **LUIS ENRIQUE CHAVEZ-CORONA** said he did not have any pending applications or parole that would allow him to be in the United States lawfully. **LUIS ENRIQUE CHAVEZ-CORONA** was transported to the Immigration Customs Enforcement, Oklahoma City Sub-Office for further administrative processing.

Prior to the apprehension and after reviewing data on **LUIS ENRIQUE CHAVEZ-CORONA**, a deportation officer determined that he is an alien unlawfully present in the United States and that he is not a United States citizen; he is a citizen of Mexico.

5.   **LUIS ENRIQUE CHAVEZ-CORONA**'s fingerprints were collected, and photographs were recorded electronically using live-scan technology and submitted to both the Department of Justice's Integrated Automated Fingerprint Identification System (IAFIS) database and the Department of Homeland Security's Automated Biometric Identification System (IDENT) database. Both databases identified **LUIS ENRIQUE CHAVEZ-CORONA** as being assigned Federal Bureau of Investigation number

**948825PD5** and Department of Homeland Security FINS number **1135401874**. These identification numbers are associated solely with **LUIS ENRIQUE CHAVEZ-CORONA** and correlate to his Alien Registration Number, A205 299 051. A check of records confirmed **LUIS ENRIQUE CHAVEZ-CORONA**'s identity and confirmed he is an alien who was previously removed from the United States to Mexico on October 26, 2012, March 8, 2013, February 8, 2018, and June 7, 2018.

6.   Further checks did not indicate that **LUIS ENRIQUE CHAVEZ-CORONA** had applied for or received permission to reenter the United States from the United States Secretary of Homeland Security or the United States Attorney General since his latest deportation. If **LUIS ENRIQUE CHAVEZ-CORONA** had applied for or received this permission, there would be a record of it in his Administrative File (A-File) and Department of Homeland Security databases. Because **LUIS ENRIQUE CHAVEZ-CORONA** was previously removed, he knowingly came back to the United States without proper authorization.

7.  Based on the foregoing, I respectfully submit that there is probable cause to believe that **LUIS ENRIQUE CHAVEZ-CORONA** has committed the federal crime of Illegal Reentry of a Removed Alien, a violation of 8 U.S.C. § 1326(a).

**FURTHER, YOUR AFFIANT SAYETH NOT.**

_____
Curtis Fair
Deportation Officer
Immigration and Customs Enforcement
Department of Homeland Security

Sworn to and subscribed before me on April 10, 2025.

_____
SHON T. ERWIN
United States Magistrate Judge

4